IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 4:05CR3025 |
| v. | ) ) | |
| LILLIAN RUIZ, | ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

The oral motion of counsel for the defendant is granted and the initial appearance on the Petition for Action on Conditions of Pretrial Release is continued from August 8 to August 16, 2005 at 1:30 p.m.

DATED this 2nd day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge