IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3025 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| LILLIAN RUIZ, | ) | |
| | ) | |
| Defendant. | ) | |

At the request of the United States Marshal's Service,

IT IS ORDERED that Defendant Ruiz's evidentiary hearing and sentencing are continued to Wednesday, October 4, 2006, at 2:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

September 25, 2006.                    BY THE COURT:

                                       s/ *Richard G. Kopf*
                                       United States District Judge